SAGARIA LAW, P.C.
SCOTT J. SAGARIA (State Bar No. 217981)
ELLIOT W. GALE (State Bar No. 263326)
JOE B. ANGELO (State Bar No. 268542)
SCOTT M. JOHNSON (State Bar No. 287182)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
    MICHAEL SCHURIG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SCHURIG, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; JPMORGAN CHASE BANK and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No. 3:16-cv-05701-MEJ <br><br> [Assigned to the Hon. Magistrate Maria-Elena James] <br><br> **REQUEST FOR VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a) AND [~~PROPOSED~~] ORDER** |

**PLEASE TAKE NOTICE** that Plaintiff Michael Schurig ("Plaintiff"), through his counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to Fed. R. Civ. P. 41(a)(1). Chase has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Each party shall bear his/its own attorneys' fees and costs.

Dated: October 26 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO
SCOTT M. JOHNSON

By: _____/s/ Elliot Gale_____
Elliot Gale

Attorneys for Plaintiff
MICHAEL SCHURIG

## [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, is dismissed with prejudice. IT IS SO ORDERED.

Date: November 1, 2016

By: _____
Hon. Maria Elena James
Judge of the United States District Court
Northern District of California

REQUEST FOR VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A.
WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 3:16-cv-05701-MEJ

LA 52014409