IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCHURIG,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.,

    Defendants.

No. C 16-05701 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Experian Information Solutions, Inc., and Equifax, Inc., and against Michael Schurig. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE